COM.

v.

MARLATT, T.

1356 MDA 2016

Superior Court of Pennsylvania.

03/23/2017

CP–14–CR–0000326–2012 (Centre)

Affirmed

COM.

v.

COMER, E.

1520 MDA 2016

Superior Court of Pennsylvania.

03/23/2017

CP–50–CR–0000161–2016 (Perry)

Affirmed

COM.

v.

VANSYCKEL, G.

1777 MDA 2016

Superior Court of Pennsylvania.

3/23/2017

CP–06–CR–0005912–2015 (Berks)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

VANSYCKEL, G.

1778 MDA 2016

Superior Court of Pennsylvania.

03/23/2017

CP–06–CR–0004422–2015 (Berks)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

VANSYCKEL, G.

1779 MDA 2016

Superior Court of Pennsylvania.

3/23/2017

CP–06–CR–0005910–2015 (Berks)